# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 1:14-cv-01341 LJO JLT |
| ) | |
| Plaintiff, ) | ORDER CONTINUING SCHEDULING |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| MARIA D. GARCIA, et al., ) | |
| ) | |
| Defendants. ) | |

On August 28, 2014, Plaintiff filed the instant action. (Doc. 1) On the same day, the Court issued the summonses (Docs. 2-3) and its order setting the mandatory scheduling conference to occur on December 11, 2014. (Doc. 4) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 4 at 1-2, emphasis added) Nevertheless, Plaintiff has not filed a proof of service of the summons and complaint and no defendant has appeared in the action.

///

1

Therefore, the Court **ORDERS**,

1. The scheduling conference, currently set on December 11, 2014, is continued to January 26, 2015 at 9:00 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Plaintiff is reminded of the service obligations under Fed. R. Civ. P. 4.[1]  Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated:   **November 19, 2014**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Fed. R. Civ. P. 4(m) requires the Court sua sponte to dismiss defendants who have not been served within 120 days of the filing of the complaint unless good cause is shown.